IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CNX Midstream DEVCO I, LP )  )  )  )  )  Plaintiff(s) ) v. ) Applied Construction Solutions, Inc. )  )  )  )  )  Defendant(s) ) | Civil Action No. 2:20-cv-00290 |

## REPORT OF NEUTRAL

A  mediation  session was held in the above captioned matter on  October 25, 2021 .

The case (please check one):
     X   has resolved
    _____has resolved in part (see below)
    _____has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____


Dated:  October 28, 2021            Scott D. Cessar  
                                           Signature of Neutral

Rev. 09/11